IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-00053-FL

| | |
|---|---|
| Sebonaire Boyer,<br>    Plaintiff | )<br>)<br>) |
| v. | )    **DEFAULT** |
| | ) |
| Henry Lewis and<br>Thelma Jackson,<br>    Defendants. | )<br>)<br>) |

Upon motion, request, and proper showing by counsel for Plaintiff in the above-captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendant Thelma Jackson, having failed to appear, plead, or otherwise defend, default is hereby entered against Defendant Thelma Jackson.

So Ordered, this 6th day of Sept, 2011.

*[signature]*

Dennis P. Iavarone
Clerk of Court, U.S. District Court for the Eastern District of North Carolina