IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-00053-FL

Sebonaire Boyer, )
    Plaintiff )
     )
v. ) **DEFAULT**
     )
Henry Lewis and )
Thelma Jackson, )
    Defendants. )

Upon motion, request, and proper showing by counsel for Plaintiff in the above-captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendant Thelma Jackson, having failed to appear, plead, or otherwise defend, default is hereby entered against Defendant Thelma Jackson.

So Ordered, this __6th__ day of __Sept__, 2011.

_[signature]_
Dennis P. Iavarone
Clerk of Court, U.S. District Court for the Eastern District of North Carolina